FUTCH, administratrix, *v.* JAMES.

LUMPKIN, J.　Under the pleadings and evidence in this case, there was no
　　error in admitting the evidence complained of and in directing a verdict
　　for the defendant.　　　　*Judgment affirmed.　All the Justices concur.*

JUNE 24, 1910.

Complaint for land.　Before Judge Hammond.　Richmond superior court.　April 28, 1909.

*B. L. Strange* and *B. B. McCowen,* for plaintiff.

*Lamar & Callaway,* for defendant.

---

HUTHNANCE *v.* MACON RAILWAY AND LIGHT COMPANY.

EVANS, P. J.　Many exceptions are taken to segments of the charge; but
　　when the excerpts criticised are considered in respect to their relation
　　in the charge, the criticisms are without merit.　The evidence authorized
　　the verdict, and the court did not abuse his discretion in refusing a new
　　trial.　　　　　　　*Judgment affirmed.　All the Justices concur.*

JUNE 24, 1910.

Action for damages.　Before Judge Felton.　Bibb superior court.
April 19, 1909.

*Claud Estes,* for plaintiff.　*Roland Ellis,* for defendant.